[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED CRL
2/1/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EUGENE INMAN (Y38776)

(Enter above the full name of the plaintiff or plaintiffs in this action)

JUDGE COLEMAN
MAGISTRATE JUDGE JANTZ

PC6

vs.

Case No: ______________________
(To be supplied by the Clerk of this Court)

STATEVILLE CORRECTIONAL CENTER, DAVID GOMEZ, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, individually and in their official capacities

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: EUGENE INMAN

B. List all aliases: GINO

C. Prisoner identification number: Y38776

D. Place of present confinement: Jacksonville Correctional Center

E. Address: 2268 East Morton Avenue, Jacksonville, IL 62650.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: STATEVILLE CORRECTIONAL CENTER

Title: N/A

Place of Employment: P.O. Box 112, Joliet, IL 60434

B. Defendant: David Gomez

Title: Warden

Place of Employment: Stateville Correctional Center

C. Defendant: John Doe 1

Title: Correctional Officer

Place of Employment: Stateville Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

ADDITIONAL DEFENDANTS
LISTED ON PAGE 2(a)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ADDITIONAL DEFENDANTS

D. Defendant: John Doe 2

Title: Correctional Officer

Place of Employment: Stateville Correctional Center

E. Defendant: John Doe 3

Title: Correctional Officer

Place of Employment: Stateville Correctional Center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. The events described herein occured at Statville Correctional Center in Joliet, Illinois.

2. The events described herein occured between the dates of September 19, 2019 thru September 25, 2019.

3. Plaintiff has exhausted all administrative remedies regarding each issue raised in this complaint.

4. This complaint deals with conditions of confinement, specifi- ally sanitation and personal hygene, lighting and food.

5. Plaintiff will seek compensatory and punative damages.

6. On September 17, 2019, plaintiff arrived in Stateville Correc- tional Center NRC, a reception and classification center for Illinois Department of Corrections.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Plaintiff was placed in Housing Unit O, Cell #304. The sanitation of the cell was deplorable. There was rat feces on the floor, human feces smeared on the walls with other various filth spread throughout the cell. The plumbing was faulty as well; the toilet did not flush and the sink had no running water, except that worked occasionaly.

8. After the second day, on September 19, 2019, the plumbing ceased working entirely. Plaintiff had no way to flush waste, brush his teeth or drink water.

9. During 7:00am-3:00pm shift (day) plaintiff attempted to stop the Correctional Officer on duty, John Doe 1, an African-American, to inform him of the issues. Defendant John Doe 1 refused to speak to plaintiff or to give his name. This was on 9-19-'19.

10. Plaintiff also attempted to request cleaning supplies and soap, but no Correctional Officer would even stop to speak with plaintiff.

11. On the third day, September 20, 2019, during 3:00pm-11:00pm shift (afternoon) plaintiff attempted to speak with another

(continued on next page)





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Correctional Officer, John Doe 2, who was African-American, about the inoperable plumbing and condition of the cell. The defendant refused to speak to plaintiff or provide his name. Plaintiff also asked this defendant for a grievance, but his request went unanswered.

12. On or about the fifth day plaintiff's cellmate spoke with a Correctional Officer whom he (cellmate) had known in high school. As a result of plaintiff's cellmate's familiarity with the other officer, they were able to be relocated to a different cell.

13. Plaintiff's cellmate was Kevin Billups, IDOC# Y38777. Mr. Billups resides currently at Danville Correctional Center, but through the discovery process plaintiff will secure a declaration from Billups corroborating all claims outlined herein.

14. The cell into which plaintiff was moved was no better than the first one from a sanitation standpoint. There was mold in the sink and toilet and feces throughout the cell. While the plumbing in this cell was operational, the new cell had no lighting.

15. On or about this day plaintiff requested cleaning supplies from defendant John Doe 3, a white Correctional Officer. This defendant refused to speak to plaintiff or provide

his name.

16. Plaintiff consumed spoiled milk during this time. As a result of these unsanitary conditions and the consumtion of spoiled food, plaintiff became violently ill. Defendants refused to speak to plaintiff or allow him to attend sick call.

17. Plaintiff did everything within his power to make defendants aware of the unsanitary living conditions but his pleas went unheeded.

18. Plaintiff will endeavor to show that a substantial Eighth Amendment claim has been stated and that defendants have attempted to avoid accountability by purpousely concealing their identities.

19. Through the discovery process plaintiff will identify defendants John Doe 1, 2 and 3 and will endeavor to show that the unsanitary conditions at NRC are an institutional failure.

20. Plaintiff will attempt to provide through the discovery process documentation of multiple complaints from other prisoners that show a pattern of behavior that prison administrators should have known or did know about.

21. Plaintiff will show that the deliberate indifference standard as regards Warden David Gomez and his officers has been met because the conditions outlined were well known yet uncorrected.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff prays that this Honorable Court enter an Order stating:

22. Defendants compensate plaintiff's cost in this suit.
23. That the conduct of the defendants violated plaintiff's rights under the U.S. Constitution.
24. Compensatory damages of $100,000.00, jointly and/or severally.
25. Punative damages of $50,000.00, jointly and/or severally.
26. Any other relief this court deems just.

VI. The plaintiff demands that the case be tried by a jury. [X] YES [ ] NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of January 2021

(Signature of plaintiff or plaintiffs)

Eugene Inman
(Print name)

Y38776
(I.D. Number)

Jacksonville Correctional Center
2268 East Morton Avenue
Jacksonville, IL 62650
(Address)

Jacksonville Correctional Center
2268 East Morton Avenue
Jacksonville, IL 62650

02/01/2021-22

RECEIVED
FEB 01 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ZIP 62650 $ 001.60⁰
02 4W
0000372510 JAN 26 2021

United States District Court
Northern District of Illinois-Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chciago, IL 60604

LEGAL MAIL / CONFIDENTIAL